IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Walker-Smith, Pamela B

Printed: 10/22/08

Case Number: 05 B 47443
Judge: Wedoff, Eugene R
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 26, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 72,570.00 |  |
| Secured: |  | 60,763.72 |
| Unsecured: |  | 2,912.94 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,818.21 |
| Other Funds: |  | 2,375.13 |
| Totals: | 72,570.00 | 72,570.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Secured | 34,299.69 | 19,785.75 |
| 5. | Countrywide Home Loans Inc. | Secured | 38,216.00 | 38,216.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 2,610.97 | 2,610.97 |
| 7. | City Of Chicago | Secured | 151.00 | 151.00 |
| 8. | American General Finance | Unsecured | 2,912.94 | 2,912.94 |
| 9. | AmeriCash Loans, LLC | Unsecured | 100.26 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 62.10 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 60.04 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 97.20 | 0.00 |
| 13. | Wells Fargo Fin Acceptance | Unsecured | 0.04 | 0.00 |
| 14. | United States Dept Of Education | Unsecured | 2,139.55 | 0.00 |
| 15. | City Of Chicago | Unsecured | 0.32 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 11.24 | 0.00 |
| 17. | CitiFinancial | Secured |  | No Claim Filed |
| 18. | Blue Green Corp | Unsecured |  | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 20. | CitiFinancial | Unsecured |  | No Claim Filed |
| 21. | Loan Express Company | Unsecured |  | No Claim Filed |
| 22. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 23. | Direct Tv | Unsecured |  | No Claim Filed |
| 24. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 25. | Orchard Bank | Unsecured |  | No Claim Filed |
| 26. | City Of Chicago | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Walker-Smith, Pamela B

Printed: 10/22/08

Case Number: 05 B 47443
Judge: Wedoff, Eugene R
Filed: 10/11/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  | $ 83,361.35 | $ 66,376.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 899.57 |
| 5% | 311.68 |
| 4.8% | 599.60 |
| 5.4% | 1,349.76 |
| 6.5% | 657.60 |
|  | $ 3,818.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

